# Norwood v. The State.

### Crime.

(Decided March 23, 1917.   62 South. 729.)

**Appeal and Error; Record; Review; Questions Raised Below.**—Where no question was raised in the trial court as to the regularity of the proceedings, or the organization of the special term, it was not necessary for the record to show the order for the special term at which the indictment was preferred.

APPEAL from Limestone Circuit Court.
Heard before Hon. W. W. HARALSON.
Joe Norwood was convicted of an offense and he appeals. Affirmed.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, P. J.—This is an appeal on the record without a bill of exceptions. The indictment was preferred at a special term of the circuit court, and the order convening the court is not made a part of the record. No question was raised as to the regularity of the proceedings of the organization of the special term, and it was not necessary for the record to show the order for the special term.—*Keith v. State, infra*, 129, 72 South. 602.
Affirmed.